IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-068-CV





CULLUM COMPANIES, INC.,



 APPELLANT


vs.





DANIEL M. TREVIÑO AND INSURANCE COMPANY


OF NORTH AMERICA,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT



NO. 475,258, HONORABLE JAMES R. MEYERS, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 12, 1994

Do Not Publish